**DISMISS and Opinion Filed July 21, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00822-CV

### WANDA LEE DAHLHEIMER, Appellant
### V.
### LESTER JOHN DAHLHEIMER, JR. AND
### LESTER JOHN DAHLHEIMER, SR., Appellees

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-51274-2015**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

Before the Court is appellant's July 8, 2016 motion to withdraw notice of appeal.

Appellant has informed the Court that she no longer wishes to pursue this appeal. Accordingly,

we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

160822F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

WANDA LEE DAHLHEIMER, Appellant

No. 05-16-00822-CV     V.

LESTER JOHN DAHLHEIMER, JR. AND
LESTER JOHN DAHLHEIMER, SR.,
Appellees

On Appeal from the 469th Judicial District
Court, Collin County, Texas.
Trial Court Cause No. 469-51274-2015.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees LESTER JOHN DAHLHEIMER, JR. AND LESTER JOHN DAHLHEIMER, SR. recover their costs of this appeal from appellant WANDA LEE DAHLHEIMER.

Judgment entered July 21, 2016.